GILBERT R. GEILIM, ESQ.-SBN 117508
GILBERT R. GEILIM, A PROFESSIONAL LAW CORPORATION
4929 Wilshire Blvd., Suite 825
Los Angeles, California 90010
(323) 937-5555

Attorney for Defendant
HOVANES KESHISHYAN

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, CALIFORNIA, | Case No. CR S-03-0180 MCE |
| Plaintiff, | STIPULATION TO CONTINUE SURRENDER DATE |
| V. | |
| HOVANES KESHISHYAN, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED, by and Gilbert R. Geilim, Esq., counsel for HOVIK KESHISHYAN and McGregor W. Scott, United States Attorney, and Dan Lindhardt, Assistant United States Attorney, counsel for the United States of America, that surrender date in the above-captioned matter set For Friday, May 27, 2005, be vacated and continued to Friday, June 10, 2005, due to son's graduation from Lawless High School in Fresno, California.

This Stipulation is entered into for the following reasons:

1. Continuance of the surrender date.

2. I have spoken to Assistant United States Attorney,

-1-

1 | Dan Lindhardt who has agreed to the continuance of this
2 | Surrender date.

DATED: 5-23-05_____           /s/
                              _____
                              Gilbert R. Geilim, Esq.
                              Counsel for defendant KESHISHYAN

DATED:_5-23-05_____    _____/s/_____
                              Dan Lindhardt,
                              Assistant United States Attorney

UNITED STATED DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: CR S-03-0180 MCE |
| Plaintiff, | |
| vs. | ORDER |
| HOVANES KESHISHYAN, | |
| Defendant. | |

Based upon this pending Stipulation of Counsel, and good Cause appearing therefore,

IT IS HEREBY ORDERED that the surrender date currently scheduled for Friday, May 27, 2005 is hereby vacated and continued to Friday, June 10, 2005.

DATED May 25, 2005.

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE