GILBERT R. GEILIM, ESQ., SBN: 117508
GILBERT R. GEILIM, A PROFESSIONAL LAW CORP.
4929 Wilshire Blvd., Suite 825
Los Angeles, CA 90010
Telephone:   (323) 937-5555
Facsimile:    (323) 937-4551

Attorney for Petitioner,
HOVANNES KESHISHYAN

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOVANNES KESHISHYAN,<br><br>        Petitioner,<br><br>    vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>        Respondent. | Case Number:  CR S-03-0180 MCE<br><br>**ORDER FOR RELEASE AND STAY OF SENTENCE FOR EXTRAORDINARY FAMILY CIRCUMSTANCES**<br><br>HONORABLE JUDGE MORRISON C. ENGLAND, JR. |

　　　　The Court has considered the petition for release and stay of sentence for extraordinary family circumstances filed by Petitioner HOVANNES KESHISHYAN.

　　　　IT IS HEREBY ORDERED that the sentence of Hovannes Keshishyan be stayed for a period not to exceed six months on the following conditions:

1. Hovannes Keshishyan will be released from Lompoc Federal Correctional Institution on August 11, 2005, or as soon thereafter as practicable without any unnecessary delay.

2. Within 48 hours of his release, Hovannes Keshishyan will report to United States Pretrial Services for the Eastern District of California and abide by pretrial release conditions as deemed appropriate.

3. Hovannes Keshishyan will report to an officer of United States Pretrial Services for the Central District of California, as Pretrial Services deems appropriate.

4.  Hovannes Keshishyan will stay rent free at his nephew's condominium located at 5257 Radford Ave., #104, Valley Village, CA 91607. The phone number at this location is (818) 648-4066. Hovannes Keshishyan will not reside at any other location for any period of time without prior approval of Pretrial Services.

5.  Hovannes Keshishyan's family members will fully financially support him and provide him with all transportation necessary.

6.  Hovannes Keshishyan will report to the court or file a declaration with the court regarding his extraordinary family circumstance every 90 days or as deemed necessary by Pretrial Services.

7.  Once Hovannes Keshishyan's extraordinary family circumstance is resolved, Mr. Keshishyan will return to Lompoc Federal Correctional Institution to resume his sentence no later than February 10, 2006.

8.  Any violation of this stay of sentence order by Hovannes Keshishyan shall constitute grounds for immediate termination of this stay by the court, with or without prior notice to Hovannes Keshishyan as the court deems appropriate in its sole judgment.

9.  Upon release from the Lompoc Federal Correctional Institution, Hovannes Keshishyan will be deemed to have accepted and specifically agreed to all of the terms and conditions contained in this stay of sentence order.

10. Karen Musling, United States Probation Officer, has read these conditions and approves of them as to form and content.

IT IS SO ORDERED.

DATED: August 11, 2005

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER FOR RELEASE AND STAY OF SENTENCE FOR EXTRAORDINARY FAMILY CIRCUMSTANCES