GILBERT R. GEILIM, ESQ., SBN: 117508
GILBERT R. GEILIM, A PROFESSIONAL LAW CORP.
4929 Wilshire Blvd., Suite 825
Los Angeles, CA 90010
Telephone:   (323) 937-5555
Facsimile:   (323) 937-4551

Attorney for Petitioner,
HOVANNES KESHISHYAN

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HOVANNES KESHISHYAN,<br><br>    Petitioner,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA,<br><br>    Respondent. | Case Number: 2:03-cr-0180 MCE<br><br>[PROPOSED] ORDER FOR 30-DAY EXTENSION OF STAY OF SENTENCE FOR EXTRAORDINARY FAMILY CIRCUMSTANCES<br><br>HONORABLE JUDGE MORRISON C. ENGLAND, JR. |

   The Court has considered the petition 30-day extension of stay of sentence for extraordinary family circumstances filed by Petitioner HOVANNES KESHISHYAN.

   IT IS HEREBY ORDERED that the stay of Hovannes Keshishyan's sentence by extended for 30 days.  Mr. Keshishyan will continue to follow the previous terms of his release.  The new surrender date will be March 13, 2006 on or before 02:00 p.m.

   IT IS SO ORDERED.

DATED: February 10, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE